KRISTINA M. ZINNEN, Bar No. 245346
CRAIG L. SCHECHTER, Bar No. 308968
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
         kzinnen@unioncounsel.net
         cschechter@unioncounsel.net

Attorneys for Plaintiffs

CHRISTOPHER C. WHEELER, Bar No. 224872
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street
San Francisco, California 94104
Telephone  (415) 954-4979
E-Mail:  cwheeler@fbm.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> IQBAL BANO KHAN and MOHAMMED KHAN, individually and doing business as SIERRA BUILDING MAINTENANCE; et al, <br><br> Defendants. | No. 4:21-cv-01176-DMR <br><br> **JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)** <br><br> Date:  June 1, 2022 <br> Time:  1:30 <br> Dept.:  ZOOM webinar <br> Judge:  Hon. Donna M. Ryu |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs the Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern California; and Laborers Training and Retraining Trust Fund for Northern California ("Trust Funds" or "Plaintiffs"), by and through

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

JOINT STIP. TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER
Case No. 4:21-cv-01176-DMR

their counsel, and Defendants, Iqbal Bano Khan and Mohammed Khan, individually and doing business as Sierra Building Maintenance; Sierra Building Maintenance; Sierra Building Maintenance, LLC, a Nevada LLC registered to do business in California; and Does 1-10, inclusive, by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, a further Case Management Conference is scheduled in the above-entitled matter for June 1, 2022;

WHEREAS, a Settlement Conference is scheduled in the above-entitled matter for July 11, 2022;

WHEREAS, the Parties are actively engaged in settlement discussions;

WHEREAS, the Parties respectfully submit that judicial economy would be best served if the currently-scheduled further Case Management Conference be continued for approximately 60 days to allow the Parties to continue working towards a settlement prior to the Court expending additional judicial resources on this matter.

**IT IS HEREBY STIPULATED AND PROPOSED BY THE PARTIES AS FOLLOWS:**

1. The Parties stipulate to and jointly propose that the currently-scheduled further Case Management Conference by continued until August 3, 2022.

Dated:  May 16, 2022                       WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation


                                           /S/ Craig L. Schechter
                                       By: CRAIG L. SCHECHTER
                                           KRISTINA M. ZINNEN

                                           Attorneys for Plaintiffs

Dated:  May 16, 2022                       FARELLA BRAUN + MARTEL LLP


                                           /S/ Christopher C. Wheeler
                                       By: CHRISTOPHER C. WHEELER

                                           Attorney for Defendants

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

**ECF ATTESTATION**

Pursuant to Local Rule 5-1(h)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Dated:  May 16, 2022                           */S/ Craig L. Schechter*
                                      By:    CRAIG L. SCHECHTER

**ORDER (AS MODIFIED) CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**

Pursuant to Stipulation, IT IS ORDERED that the Further Case Management Conference set for June 1, 2022 at 1:30 p.m. is continued to August 3, 2022 at 1:30 p.m. in Oakland by Videoconference only before Magistrate Judge Donna M. Ryu.  Parties shall file an updated joint case management conference statement by July 27, 2022.

IT IS SO ORDERED AS MODIFIED.

Dated:  May 19, 2022

                                      By:    _____
                                             Hon. Donna M. Ryu
                                             United States Magistrate Judge

150388/1270159

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

3
JOINT STIP. TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; ORDER
Case No. 4:21-cv-01176-DMR